Karellen and Renee Stephens
7135 SW 54th Avenue
Portland, OR 97219
503-977-7935
karellen.stephens@comcast.net
renee.stephens1@comcast.net

Plaintiffs in Pro Se

FILED 30 JAN '12 16:30 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KARELLEN STEPHENS and QADIRA STEPHENS by and through her guardian ad litem KARELLEN STEPHENS,

    Plaintiff,

v.

KARELLEN STEPHENS, RENEE STEPHENS, and QADIRA STEPHENS by and through her guardian *ad litem* KARELLEN STEPHENS,

    Plaintiffs,

v.

MULTNOMAH COUNTY, by an through its Judicial Department; Judge DAVID F. REES, in his individual capacity; Judge ADRIENNE NELSON, in her individual capacity; Presiding Judge JEAN K. MAURER, in her individual capacity; JAMES M. CALLAHAN, by and through his law firm CALLAHAN AND SHEARS, PC;

Case No. **CV '12 - 0171 - PK**

**PLAINTIFF STEPHENS' APPLICTION TO PROCEED *IN FORMA PAUPERIS***

APPLICATION TO PROCEED *IN FORMA PAUPERIS*    Page 1

SCOTT KOCHER, in his individual capacity; RICHARD VANGELISTI, in his individual capacity; and VANGELISTI KOCHER, LLP; WASHINGTON COUNTY; NIKE, INC.; PHIL KNIGHT; STOEL RIVES, LLP; AMY JOSEPH PEDERSON; P.K. RUNKLES-PEARSON; TODD BURKHOLDER; AIMEE MCQUISTON; REX BURKHOLDER; PROVIDENCE ST. VINCIENT HOSPITAL; PROVIDENCE HEALTH SERVICES; OREGON HEALTH AND SCIENCES UNIVERSITY HOSPITAL; DR. JOSEPH E. ROBERTSON, OREGON EMERGENCY PHYSICIANS; JR.; DR. JULIE ANDREWS; DR. SARA TUBBESING; NANCY GORDON-ZWERLING; DR. DAVID R. SOLODNZ; STATE FARM INSURANCE; BETH PHIPPS; SUSAN O'LEARY; PORTLAND PUBLIC SCHOOLS; RUDY R. LACHENMEIER; LACHENMEIER ENLOE RALL AND HEINSON; BETSY FERNLY; JUDGE DALE R. KOCH; JUDGE MICHAEL MCSHANE; JOHN BARKER; SUSAN GLOSSER; CITY OF PORTLAND; PORTLAND POLICE BUEARU; MAYOR SAM ADAMS; CHIEF OF POLICE ROSIE SIZER; CHIEF OF POLICE MICHAEL REESE; OFFICER SGT. DAN LUI; OFFICER MULBERRY; OFFICER MILLER; OFFICER JOHN ECKHART; OFFICER BRET SMITH; CHARLIE G. JENKINS; FIRDOUSI CHOWDHURY; KEELY WEST; JACOB WEIGLER; EQUAL EMPLOYMENT OPPORTUNITIES COMMISION; FEDERAL BUEARU OF INVESTIGATION; AGENT GLENN G. NORLING; OREGON STATE BAR;

SCOTT A. MORRILL; SYLVIA E.
STEVENS; JUDGE DONALD R.
LETOURNEAU; ANDY SIMRIN; JUDGE
SCHUMAN; JUDGE WOLLHEIM; JUDGE
ROSENBLUM; JUDGE HASELTON;
JUDGE ARMSTRONG; JUDGE DUNCAN;
CHIEF JUDGE PAUL J. DE MUNIZ;
OREGON MEDICAL BOARD; MITRA
SHARI; OREGON DEPARTMENT OF
JUSTICE; JOHN KROGER; DWIGHT C
HOLTEN; AND OTHER
UNKNOWN/UNAMED INDIVIDUALS.

　　　　　　　Defendants.

I, Karellen Stephens, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefore and that I am entitled to the relief sought in the complaint.

In support of this application, I state the following information:

1. I am not currently incarcerated.

2. My current employer is Benchview Place Elderly Care Home, whose address is 13798 SW Benchview Pl. Tigard, OR 97223. My current take-home pay is $941.76 per month.

3. My spouse is currently employed at ABM Security Services, whose address is 10151 Barbur Blvd. 203D, Portland, OR 97219. His take-home pay will be approximately $1282.00 per month.

4. In the past 12 months I have not received any money from any other sources.

5. I have checking accounts with amounts that total to $120.00.

6. I do own valuable property which is my primary residence, approximately valued at $391,000 and a Ford Windstar Minivan, approximately valued at $2215.00.

7. I do not have any other assets.

8. I have regular living expenses which includes a mortgage payment of $1351; a equity line of credit payment of $98; an electricity bill of approximately $120; a gas bill of $132; auto insurance of $72.35; a garbage bill of $32.05; a phone bill of approximately $180.66; an internet bill of $75.99; and a water bill of approximately $289.00 every three months.

9. I have four dependents that I am fully responsible for who are: Q.S., she is 12 years old; K.R.S., he is 10 years old; she is A.K.A.S., 8 years old; and Q.A.S., he is 6 years old.

10. I have attached proof that my family is currently receiving state assistance and that we had been in foreclosure for the past six months because of difficulty keeping up with our mortgage payment due to under employment.

I declare under penalty of perjury that the above information is true and correct.

Dated: January 30, 2012

Respectfully Submitted by,

Karellen Stephens

Renee Stephens

7135 SW 54th Avenue
Portland, OR 97219
503-977-7935
karellen.stephens@comcast.net

Plaintiff in Pro Se